FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 25 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SHARON DORSETT, individually and as the
Administratrix of the Estate of JO'ANNA BIRD,

                               Plaintiffs,

            -against-

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, OFFICE OF THE
NASSAU COUNTY DISTRICT ATTORNEY,
Detective ROBERT ARIOLA, in his official and
individual capacities, Police Officers And/Or
Detectives JOHN AND JANE DOES 1 – 10, District
Attorney JOHN AND JANE DOES 1 – 10, And
LEONARDO VALDEZ-CRUZ,

                              Defendants.
----------------------------------------------------------X

CV-10-1258
(ADS) (AKT)

**ORDER TO SHOW CAUSE**

      Upon reading and filing the declaration of Liora M. Ben-Sorek, Deputy County Attorney, on behalf of defendants County of Nassau, Nassau County Police Department, Office of the Nassau County District Attorney, and Detective Robert Abriola (s/a "Ariola"), the exhibits annexed thereto and the accompanying Memorandum of Law in support, and upon the papers and proceedings heretofore had herein,

      Let Plaintiff, Sharon Dorsett, or her attorney, the Law Offices of Frederick K. Brewington, (collectively referred to as the "Plaintiff") show cause before the Hon. Arthur D. Spatt by filing and service upon all parties to this action of papers in opposition on or before _Friday Dec 4_, _____ 2015 via the Electronic Case Filing system ("ECF"), and upon appearance before the Court of the parties if so directed by the Court, why an Order should not be entered finding Plaintiff in violation of a Protective Order issued on January 14, 2011 (DE 60) and affirmed on August 8, 2011 (DE 110) which precludes dissemination of Nassau County Police Department Internal Affairs Unit investigation report 14-2009; and sufficient cause therefore, it is

ORDERED, that pending a hearing and determination on a motion to quash two (2) Subpoenas Duces Tecum in the case titled: *N'Daya Lee, individually and as the Administratrix of the Estate of Diane Parker-Reed v. Incorporated Village of Hempstead, County of Nassau, Sgt. Galvin, Claudia Serrano, Lt. Cooke, Sgt. Zoll, Lt. Hayman, P.O. Buccellao, P.O. Cohen, Sgt. Dixon, P.. Buevrekian, P.O. Mulhearn, P.O. Pettway, P.O. Reado, P.O. Ridley, Det. Bittner and Deputy Sheriff Flanagan*, (Docket No. CV-14-2853 (ADS) (GRB)), said subpoenas are stayed from enforcement and Plaintiff is not permitted to produce or permit review or inspection as commanded by the Subpoenas; and it is further

ORDERED, that service of a copy of this Order and the papers upon which it is granted upon the Plaintiff herein and the parties in the *N'Daya Lee, v. Incorporated Village of Hempstead, et al.* litigation (Docket No. CV-14-2853 (ADS) (GRB)), via Electronic Case Filing by the Court, on or before Friday 11/27 2015 be good and sufficient service.

Dated: November 25, 2015

ENTER,

s/ Arthur D. Spatt
Hon. Arthur D. Spatt
United States District Judge